IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 2 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-1253-OES

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

KEVIN B. WILSON,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCY

---

Petitioner Kevin B. Wilson initiated this action in the United States District Court

for the District of Arizona (District of Arizona) by submitting a petition for writ of habeas

corpus pursuant to 28 U.S.C. § 2241 and a supporting brief.  On June 24, 2005, the

District of Arizona ordered the action transferred to this court.  The court has

determined that the documents are deficient as described in this order.  Petitioner will

be directed to cure the following if he wishes to pursue his claims.  Any papers that the

petitioner files in response to this order must include the civil action number on this

order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   <u>XX</u>   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month
                     period immediately preceding this filing
(4)   ___   is missing required financial information
(5)   ___   is missing an original signature by the prisoner

(6) __ is not on proper form (must use the court's current form)
(7) __ names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) XX other  motion only necessary if $5.00 filing fee is not paid

**Complaint, Petition or Application:**
(10) __ is not submitted
(11) XX is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. ___
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court.  Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the petitioner files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the petitioner, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that if the petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the petition will be

denied and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 21st day of July _____, 2005.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01253-OES

Kevin B. Wilson
Reg. No. 98172-012
FCI
P.O. Box 6500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 7/22/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk